1  GLYNN & FINLEY, LLP
   ROBERT C. PHELPS (No. 106666)
2  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
3  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
4  Facsimile: (925) 945-1975
   Email: bphelps@glynnfinley.com
5
   ROTHWELL, FIGG, ERNST & MANBECK, P.C.
6  BRIAN A. TOLLEFSON (Pro Hac Vice to Be Filed)
   JENNY L. WORKMAN (Pro Hac Vice to Be Filed)
7  1425 K St., N.W., Ste. 800
   Washington, D.C.  20005
8  Telephone:  (202) 783-6040

9  Attorneys for Plaintiff VA Filtration USA LLC

10

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  VA FILTRATION USA LLC,                    )   **Case No.** CV 11-01134 PSG
                                              )
15                   Plaintiff,               )   **STIPULATED REQUEST FOR ORDER**
                                              )   **ENLARGING TIME PURSUANT TO**
16         vs.                                )   **CIVIL L.R. 6-2**
                                              )
17  MAVRIK NORTH AMERICA                      )
                                              )
18                   Defendant.               )
                                              )
19  _____         )

20

21         WHEREAS, Plaintiff, VA Filtration USA LLC ("VA Filtration"), by counsel, filed a

22  Complaint for Patent Infringement on March 9, 2011;

23         WHEREAS, on March 9, 2011, this Court issued an Order Setting the Initial Case

24  Management Conference, pursuant to Civil L.R. 16-10, for June 7, 2011, and ADR Deadlines;

25         WHEREAS VA Filtration has not yet served the Complaint, and the last day to serve the

26  Complaint is June 7, 2011;

27         WHEREAS, the parties are currently engaged in settlement discussions and are in active

28  communications;

STIPULATED REQUEST FOR ORDER ENLARGING TIME

1    WHEREAS, the undersigned counsel met, conferred, and agreed that the dates set forth

2  in the Order Setting Initial Case Management Conference should be extended for 30 days as

3  follows:

4

| EVENT | OLD DEADLINE | NEW DEADLINE |
|---|---|---|
| ADR Deadlines | May 17, 2011 | June 16, 2011 |
| Last day to file 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | May 31, 2011 | June 30, 2011 |
| Initial Case Management Conference | June 7, 2011 | July 7, 2011 |

11    NOW THEREFORE, IT IS STIPULATED, AGREED and the Court is requested to

12  Order that the date for ADR Deadlines shall be extended to June 16, 2011; the last day to file a

13  26(f) Report, complete initial disclosures or state an objection in a Rule 26(f) Report and file a

14  Case Management Statement is extended to June 30, 2011; and the date for the Initial Case

15  Management Conference is extended to July 7, 2011.

16

17    Dated: May 5, 2011

18                                            GLYNN & FINLEY, LLP
                                             ROBERT C. PHELPS

19

20                                            _____/s/ Robert C. Phelps_____
                                             Attorney for Plaintiff
21                                            VA FILTRATION USA LLC

22

23    Dated: May 5, 2011

24                                            STAINBROOK & STAINBROOK
                                             CRAIG M. STAINBROOK

25

26                                            _____/s/ Craig M. Stainbrook_____
                                             Attorney for Defendant
27                                            MAVRIK NORTH AMERICA

28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated: _May 19, 2011_____          _Paul S. Grewal_____
                                            The Honorable Paul Singh Grewal
4                                           United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER ENLARGING TIME