UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VA FILTRATION USA, LLC., | ) | Case No.: C 11-01134 PSG |
| Plaintiff, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | |
| MAVRIK NORTH AMERICA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On July 5, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference.  Based on the parties' joint case management statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the joint case management statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that except for the depositions of Bryan Tudhope and Robert Kreisher that will be limited to one day of nine hours (instead of one day of seven hours), the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in Early Neutral Evaluation.

The parties shall promptly contact the court's ADR department to make the appropriate arrangements.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Last Day for Rule 26(f) Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 17, 2011

Last day for Rule 26(a) Initial Disclosures . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 30, 2011

Initial Case Management Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .July 5, 2011

Last Day for Plaintiff's Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1) and Related Documents (Patent L.R. 3-2) . . . . . . . . . . . . . . . . . . . . . . .July 13, 2011

Last Day for Defendant's Invalidity Contentions (Patent L.R. 3-3) and Related Document Production (Patent L.R. 3-4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .July 26, 2011

Last Day for the Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1(a)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .August 9, 2011

Last Day for the Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence (Patent L.R. 4-2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .August 16, 2011

File Joint Claim Construction Statement (Patent L.R. 4-3)– limited to 10 terms unless leave of court granted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 23, 2011

Completion of Claim Construction Discovery (Patent L.R. 4-4) . . . . . . . .September 16, 2011

Last Day for Plaintiff's Opening Claim Construction Brief (Patent L.R. 4-5(a))Sept. 23, 2011

Last Day for Defendant's Opposing Claim Construction Brief (Patent L.R. 4-5(b)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Oct. 7, 2011

Last Day for Plaintiff's Reply Claim Construction Brief (Patent L.R. 4-5()) . . . Oct. 14, 2011

Tutorial and Claims Construction Hearing . . . . . . . . . . . . . . . . . . . . . . . . .November 1, 2011

Further Joint Case Management Report . . . . . . . . within 30 days of claim construction ruling

Advice of Counsel Disclosure . . . . . . . . . . . . . . . . . . 50 days after claim construction ruling

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 13, 2012

Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . January 27, 2012

Designation of Rebuttal Experts with Reports..............................................February 10, 2012

Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 24, 2012

Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

1    Last Day for Dispositive Motion Hearing[1]  . . . . . . . . . . . . . . .  10:00 a.m. on April 24, 2012

2    Final Pretrial Conference..................................................................2:00 p.m. on June 26, 2012

3    Trial  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9:30 a.m. on July 9, 2012

4    IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

5    Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

6    of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

7    Pretrial Statement, and all other pretrial submissions.

8    Dated: July 7, 2011

9    _____
     PAUL S. GREWAL
     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    _____

26    [1]    This is the last date for *hearing* dispositive motions.  Any such motions must be noticed
      in compliance with Civil Local Rule 7-2(a).

27    [2]    A copy of Judge Grewal's standing order is also available on the court's website at
28    www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on
      the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's
      Civil Standing Order."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28