GLYNN & FINLEY, LLP
ROBERT C. PHELPS (No. 106666)
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: bphelps@glynnfinley.com

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
BRIAN A. TOLLEFSON (*Admitted Pro Hac Vice*)
JENNY L. WORKMAN(*Admitted Pro Hac Vice*)
1425 K St., N.W., Ste. 800
Washington, D.C. 20005
Telephone: (202) 783-6040

Attorneys for Plaintiff
VA Filtration USA LLC

STAINBROOK & STAINBROOK, LLP
CRAIG M. STAINBROOK, Calif. State Bar #160876
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax
E-mail: craig@northbay-iplaw.com

Attorneys for Defendant Mavrik North America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VA FILTRATION USA LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>MAVRIK NORTH AMERICA,<br><br>        Defendant. | Case No. 11-01134 PSG<br><br>**STIPULATION AND [XXXXXXXXXXX]<br>ORDER TO STAY LITIGATION<br>PENDING DECISION BY U.S. PATENT<br>AND TRADEMARK OFFICE** |

STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION PENDING
DECISION BY U.S. PATENT AND TRADEMARK OFFICE

WHEREAS, on March 9, 2011, this action for patent infringement was commenced in United States District Court, Northern District of California, San Jose Division;

WHEREAS, on September 14, 2011, counsel for Mavrik North America, Craig Stainbrook, filed a Request for Reexamination of U.S. Patent No. 7,651,616 and a Request for Reexamination of U.S. Patent No. 7,828,977 ("Requests for Reexamination") on defendant's behalf with the United States Patent and Trademark Office ("PTO");

WHEREAS, the undersigned parties, through their counsel, have met, conferred and agreed to stay the proceedings to the earlier of (1) the denial of one of the Requests for Reexamination; (2) the confirmation by the PTO of an asserted claim confirmed without amendment during reexamination; or (3) issuance of a reexamination certificate for one of the patents-in-suit; and

WHEREAS, good cause exists for the stay because: (1) a stay for the stipulated period would not unduly prejudice or present a clear tactical disadvantage to either party; (2) the scheduled fact discovery cutoff is approximately four months away; (3) the parties have not yet taken any depositions; (4) dispositive motions have not been filed by either party; (5) the scheduled trial date is approximately ten months away; and (6) a decision by the PTO to reexamine the patents-in-suit or any decision made by the PTO during possible reexamination of the patents-in-suit may substantially affect the scope of discovery and simplify the issues in question and trial of the case.

NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as follows:

1. All proceedings in this action will be stayed until the earliest of (1) the denial of one of the Requests for Reexamination; (2) the confirmation by the PTO of an

asserted claim confirmed without amendment during reexamination; or (3) issuance of a reexamination certificate for one of the patents-in-suit.

2. All actions and filings required by the Federal Rules of Civil Procedure, Northern District of California Civil Local Rules, and Northern District of California Patent Local Rules, including but not limited to Fed. R. Civ. P. 26 and Patent Local Rules 3 and 4, are postponed for a period of ten days from the date of expiration of the stay.

Dated: September 16, 2011     By: /Brian A. Tollefson/
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
BRIAN A. TOLLEFSON (*Admitted Pro Hac Vice*)
JENNY L. WORKMAN (*Admitted Pro Hac Vice*)
1425 K St., N.W., Ste. 800
Washington, DC 20005

GLYNN & FINLEY, LLP
ROBERT C. PHELPS
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

*Attorneys for Plaintiff*
*VA Filtration USA LLC*

Dated: September 16, 2011     By: /Craig M. Stainbrook/
STAINBROOK & STAINBROOK, LLP
CRAIG M. STAINBROOK, Calif. State Bar #160876
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax
E-mail: craig@northbay-iplaw.com

*Attorneys for Defendant*
*Mavrik North America*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 16, 2011     By: [signature]
PAUL S. GREWAL
United States Magistrate Judge

3
STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION PENDING
DECISION BY U.S. PATENT AND TRADEMARK OFFICE