```
 1  GLYNN & FINLEY, LLP
    ROBERT C. PHELPS (No. 106666)
 2  One Walnut Creek Center
    100 Pringle Avenue, Suite 500
 3  Walnut Creek, CA 94596
    Telephone: (925) 210-2800
 4  Facsimile: (925) 945-1975
    Email: bphelps@glynnfinley.com
 5
    ROTHWELL, FIGG, ERNST & MANBECK, P.C.
 6  BRIAN A. TOLLEFSON (Admitted Pro Hac Vice)
    JENNY L. COLGATE (Admitted Pro Hac Vice)
 7  607 14th Street N.W., Suite 800
    Washington, D.C.  20005
 8  Telephone:  (202) 783-6040

 9  Attorneys for Plaintiff
    VA Filtration USA LLC
10
    STAINBROOK & STAINBROOK, LLP
11  CRAIG M. STAINBROOK, Calif. State Bar #160876
    412 Aviation Boulevard, Suite H
12  Santa Rosa, California 95403
    707.578.9333 phone
13  707.578.3133 fax
    E-mail:  craig@northbay-iplaw.com
14
    Attorneys for Defendant Mavrik North America
15

16

17                 UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19  VA FILTRATION USA LLC,          )  Case No. 11-01134 PSG
                                    )
20           Plaintiff,             )  STIPULATION AND [PROPOSED]
                                    )  ORDER TO CONTINUE STATUS
21       v.                         )  CONFERENCE
                                    )
22  MAVRIK NORTH AMERICA,           )
                                    )
23           Defendant.             )
                                    )
24                                  )
                                    )
25                                  )
                                    )
26  _____)

27

28
```

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

1  WHEREAS, on September 19, 2011, pursuant to ECF-CAND Doc. No. 50, all proceedings in this action were ordered stayed by stipulation of the parties; and

WHEREAS, the parties, through their respective attorneys, appeared at the Status Conference held on March 15, 2012 and at that time reported to the Court that the parties were newly underway with constructive settlement discussions, and therefore sought and obtained a continuation of the Status Conference, ECF-CAND Doc. No. 53, later rescheduled for April 24, 2012 pursuant to a Clerk's Notice Resetting Status Conference, ECF-CAND Doc. No. 54;

WHEREAS, the parties, through their respective attorneys, filed with the Court a Stipulation and [Proposed] Order to Continue Status Conference, ECF-CAND Doc. 55, due to the ongoing nature of the parties' constructive settlement discussions, and that Order to Continue Status Conference was granted on April 23, 2012, ECF-CAND Doc. 56, and the scheduling conference was rescheduled for May 29, 2012 pursuant to a Clerk's Notice Resetting Status Conference, ECF-CAND Doc. No. 57; and

WHEREAS the parties have not yet concluded a settlement agreement but wish to continue engaging in constructive settlement discussions and have therefore each agreed to a third 30-day continuance of the Status Conference, should the Court approve such a continuance;

NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as follows:

The Status Conference currently scheduled for May 29, 2012, at 2:00 p.m. in Courtroom 5, 4th Floor, San Jose, before Magistrate Judge Paul Singh Grewal, shall be continued until June 28 26, 2012, or at such later date and time as the Court deems appropriate in its discretion.

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

Dated: May 25, 2012        By:   /s/ Robert C. Phelps
                                  GLYNN & FINLEY, LLP
                                  ROBERT C. PHELPS
                                  One Walnut Creek Center
                                  100 Pringle Avenue, Suite 500
                                  Walnut Creek, CA 94596

                                  ROTHWELL, FIGG, ERNST & MANBECK, P.C.
                                  BRIAN A. TOLLEFSON (*Admitted Pro Hac Vice*)
                                  JENNY L. COLGATE (*Admitted Pro Hac Vice*)
                                  607 14th Street, N.W., Ste. 800
                                  Washington, DC 20005

                                  *Attorneys for Plaintiff*
                                  *VA Filtration USA LLC*

Dated: May 25, 2012        By:   /s/ Craig M. Stainbrook
                                  STAINBROOK & STAINBROOK, LLP
                                  CRAIG M. STAINBROOK, Calif. State Bar #160876
                                  412 Aviation Boulevard, Suite H
                                  Santa Rosa, California 95403
                                  707.578.9333 phone
                                  707.578.3133 fax
                                  E-mail: craig@northbay-iplaw.com

                                  *Attorneys for Defendant*
                                  *Mavrik North America*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  5/29/2012          By:   *[signature]*
                                  PAUL S. GREWAL
                                  United States Magistrate Judge

3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE