1   GLYNN & FINLEY, LLP
    ROBERT C. PHELPS (No. 106666)
2   One Walnut Creek Center
    100 Pringle Avenue, Suite 500
3   Walnut Creek, CA 94596
    Telephone: (925) 210-2800
4   Facsimile: (925) 945-1975
    Email: bphelps@glynnfinley.com
5
    ROTHWELL, FIGG, ERNST & MANBECK, P.C.
6   BRIAN A. TOLLEFSON (Admitted *Pro Hac Vice*)
    JENNY L. COLGATE (Admitted *Pro Hac Vice*)
7   607 14th Street, N.W., Ste. 800
    Washington, D.C. 20005
8   Telephone: (202) 783-6040

9   Attorneys for Plaintiff
    VA Filtration USA LLC
10

**Filed**

**JUL 0 2 2012**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13  VA FILTRATION USA LLC,            )   Case No. 11-01134 PSG
                                      )
14            Plaintiff,              )   **PLAINTIFF'S REQUEST AND**
                                      )   **[PROPOSED] ORDER TO APPEAR BY**
15            v.                      )   **TELEPHONE AT THE STATUS**
                                      )   **CONFERENCE**
16  MAVRIK NORTH AMERICA              )
                                      )   Date:   July 3, 2012
17            Defendant.              )   Time:   10:00 AM
                                      )   Place:  Courtroom 5, 4th Floor
18                                    )   Judge:  Hon. Paul S. Grewal
                                      )
19  _____   )

20

21  TO THE CLERK OF THE COURT:

22        The undersigned counsel for Plaintiff, VA Filtration USA LLC ("VA Filtration"),

23  respectfully requests permission from the Court to appear by telephone at the status conference

24  scheduled for July 3, 2012, at 2pm, or as rescheduled, if applicable.  Such a request is made in the

25  interest of saving time and expense, as travel from Washington, D.C. to California is both time-

26  consuming and costly.

27

28

PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT THE STATUS CONFERENCE

Dated: June 29, 2012          Respectfully submitted,

By:
          ROTHWELL, FIGG, ERNST & MANBECK, P.C.
          BRIAN A. TOLLEFSON (*Admitted Pro Hac Vice*)
          JENNY L. COLGATE (*Admitted Pro Hac Vice*)
          607 14th Street, N.W., Suite 800
          Washington, DC 20005

          GLYNN & FINLEY, LLP
          ROBERT C. PHELPS
          One Walnut Creek Center
          100 Pringle Avenue, Suite 500
          Walnut Creek, CA 94596

          *Attorneys for Plaintiff*
          *VA Filtration USA LLC*

**IT IS SO ORDERED.**

Dated: 7/2/202          By:
                        PAUL S. GREWAL
                        United States Magistrate Judge