1  GLYNN & FINLEY, LLP
   ROBERT C. PHELPS (No. 106666)
2  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
3  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
4  Facsimile: (925) 945-1975
   Email: bphelps@glynnfinley.com
5
   ROTHWELL, FIGG, ERNST & MANBECK, P.C.
6  BRIAN A. TOLLEFSON (*Admitted Pro Hac Vice*)
   JENNY L. COLGATE(*Admitted Pro Hac Vice*)
7  607 14th Street N.W., Suite 800
   Washington, D.C.  20005
8  Telephone:  (202) 783-6040

9  Attorneys for Plaintiff
   VA Filtration USA LLC
10
   STAINBROOK & STAINBROOK, LLP
11 CRAIG M. STAINBROOK, Calif. State Bar #160876
   412 Aviation Boulevard, Suite H
12 Santa Rosa, California 95403
   707.578.9333 phone
13 707.578.3133 fax
   E-mail:  craig@northbay-iplaw.com
14
   Attorneys for Defendant Mavrik North America
15

16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19  VA FILTRATION USA LLC,            )  Case No. 11-01134 PSG
                                      )
20              Plaintiff,            )  **STIPULATION AND [~~PROPOSED~~]**
                                      )  **ORDER TO DISMISS WITH**
21         v.                         )  **PREJUDICE**
                                      )
22                                    )
    MAVRIK NORTH AMERICA,             )
23                                    )
              Defendant.              )
24                                    )
                                      )
25                                    )
                                      )
26  _____

27

28

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a), plaintiff VA Filtration USA LLC and defendant Mavrik North America hereby stipulate that this action is DISMISSED WITH PREJUDICE, with each party bearing its own costs, expenses and attorneys' fees. The Court shall retain jurisdiction over this action for the purpose of enforcing the agreement between the parties concerning the resolution of this action.

Dated: September 21, 2012    By:    /s/ Robert C. Phelps
GLYNN & FINLEY, LLP
ROBERT C. PHELPS
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
BRIAN A. TOLLEFSON (*Admitted Pro Hac Vice*)
JENNY L. COLGATE (*Admitted Pro Hac Vice*)
607 14th Street, N.W., Ste. 800
Washington, DC 20005

*Attorneys for Plaintiff*
*VA Filtration USA LLC*

Dated: September 21, 2012    By:    /s/ Craig M. Stainbrook
STAINBROOK & STAINBROOK, LLP
CRAIG M. STAINBROOK, Calif. State Bar #160876
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax
E-mail: craig@northbay-iplaw.com

*Attorneys for Defendant*
*Mavrik North America*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9 / 24, 2012    By:    [signature]
PAUL S. GREWAL
United States Magistrate Judge

- 1 -
STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE